**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **NELSON MORADIAGA PEREIRA,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN, SOUTH TEXAS ICE PROCESSING CENTER, ET AL.,**<br><br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **SA-26-CV-6898-JKP** |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing without prejudice as moot *pro se* Petitioner Nelson Moradiaga Pereira's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, the Court renders the following Final Judgment pursuant Rule 58 of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that *pro se* Petitioner Nelson Moradiaga Pereira's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**IT IS FINALLY ORDERED** that this matter is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 19th day of November, 2026.

Jason Pulliam

JASON PULLIAM
UNITED STATES DISTRICT JUDGE